**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

IN RE:                                                                   CASE NO: 18-30090

Century Harley, Jr.                                    Related Document #:  18

SSN# : XXX-XX-9884

### WITHDRAWAL OF TRUSTEE'S OBJECTION TO CLAIM

The trustee hereby withdraws the objection to claim number(s) 7 as filed on 6/19/2018 (Clerk Document 18) without prejudice.

| Trustee Claim # | Clerk Claim # | Creditor Name | Account Number | Asserted Claim Amount | Amount Paid Through Plan | Claim Type |
|---|---|---|---|---|---|---|
| 47 | 7 | UNITED CONSUMER FINANCIAL SERVICES | 2692 | $2,359.82 | $2,359.82 | S-Secured-Pro-Rata |

Dated:  July 19, 2018                                     Warren L. Tadlock
                                                                                       Standing Chapter 13 Trustee
                                                                                       5970 Fairview Road, Suite 650
                                                                                       Charlotte, NC  28210-2100

─────────────────────────────────────────────

### CERTIFICATE OF SERVICE

The parties whose names and addresses are listed below were served by United States first class mail, postage prepaid on 7/20/2018.

                                                                                        S. Sloan
                                                                                        Office of the Chapter 13 Trustee

Century Harley, Jr., 8133 Orwin Manor Lane, #301, Charlotte, NC 28216
UNITED CONSUMER FINANCIAL SERVICES, Bass & Associates, PC, 3936 E Ft Lowell Road, Suite #200, Tucson, AZ 85712
Total Served: 2